EXHIBIT "A"

To whom it may concern,

This is a legally binding contract and all parties listed below agree to the terms stated in this contract. This contract was written and approved on 05/11/2019.

Parties in contract:

1. Hash Deploy Inc (Douglas Shook)
13075 NE 251st Terrace Salt Springs,
FL 32134 352-450-0094
Florida DL#: S200160672301

2. Michael Maranda
2 Flint Mine Road
Coxsackie NY 12051
waterguy9@aol.com
518-898-8445

The product: Antminer S17 Pro x100 (100 total units) Invoice Number: 83780

This contract will guarantee that Hash Deploy Inc (Douglas Shook) 13075 NE 251st Terrace Salt Springs, FL 32134 will have Antminer S17 Pro x100 delivered to Michael Maranda 2 Flint Mine Road Coxsackie NY 12051

A crypto transaction equivalent of $220000.00 USD will be sent no later than 05/11/2019 and confirmed to Hash Deploy Inc. and this transaction will finalized payment and that the Antminer S17 Pro x100 will be shipped to Michael Maranda 2 Flint Mine Road Coxsackie NY 12051

If Michael Maranda does not receive the Antminer S17 Pro x100 +/-15 days from 06/05/2019 then Michael Maranda is entitled to a full refund of the total amount of $220000.00 USD equivalent for the product. All manufacturers warranties will also apply to the product.

This is a legally binding contract, and all parties participating in this contract are aware that this can be upheld in a Court of law in the United States of America. Any fraudulent activity will be prosecuted to the fullest extend of United States Law

**Signature:** *Douglas Shook*
Douglas Shook (May 11, 2019)

**Email:** support@hashdeploy.com

**Signature:** _____
Michael Maranda (May 11, 2019)

**Email:** waterguy9@aol.com

Invoice

Hash Deploy Inc
13075 NE 251st Ter Salt Springs Fl. 32134
support@hashdeploy.com
352-450-0094

**Date:** May 11, 2019
**Invoice #** 83780

Bill to Michael Maranda
2 Flint Mine Road
Coxsackie NY 12051
waterguy9@aol.com
518-898-8445

| Product ID | Description | Qty | Unit Price | Line Total |
|---|---|---|---|---|
| ANTS17 | Antminer S17 Pro-50th x100 | 100.00 | 2,200.00 | 220,000.00 |
| Shipping | Shipping June 1st-10th | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | Subtotal | 220,000.00 |
|  |  |  | Discount % | 0% |
|  |  |  | TOTAL | 220,000.00 |
|  |  |  | PAID | 0.00 |
|  |  |  | TOTAL DUE | 220,000.00 |

THANK YOU FOR YOUR BUSINESS!

Crypto Payment https://commerce.coinbase.com/checkout/9acfbdbc-2bcc-4f9f-bda2-3166258e465c

CONFIDENTIALITY NOTICE: The contents of this invoice and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. Any fraudulent activity will be prosecuted to the fullest extent of the law.

**Signature:** *Douglas Shook*
Douglas Shook (May 11, 2019)

**Email:** support@hashdeploy.com

**Signature:** _____
Michael Maranda (May 11, 2019)

**Email:** waterguy9@aol.com

# Antminer S17 Pro x100 Purchase Agreement

Final Audit Report  2019-05-11

| | |
|---|---|
| Created: | 2019-05-11 |
| By: | Douglas Shook (support@hashdeploy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdHzGTLgx5_bgx4bx-Y_laJP37m0B2CwC |

## "Antminer S17 Pro x100 Purchase Agreement" History

- Document created by Douglas Shook (support@hashdeploy.com)
  2019-05-11 - 8:55:30 AM GMT- IP address: 142.197.56.24

- Document e-signed by Douglas Shook (support@hashdeploy.com)
  Signature Date: 2019-05-11 - 8:56:52 AM GMT - Time Source: server- IP address: 142.197.56.24

- Document emailed to Michael Maranda (waterguy9@aol.com) for signature
  2019-05-11 - 8:56:52 AM GMT

- Document viewed by Michael Maranda (waterguy9@aol.com)
  2019-05-11 - 11:18:40 AM GMT- IP address: 24.105.194.226

- Document e-signed by Michael Maranda (waterguy9@aol.com)
  Signature Date: 2019-05-11 - 8:50:46 PM GMT - Time Source: server- IP address: 174.220.25.121

- Signed document emailed to Michael Maranda (waterguy9@aol.com) and Douglas Shook (support@hashdeploy.com)
  2019-05-11 - 8:50:46 PM GMT

Adobe Sign