UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,
         Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,
         Defendant.

**UNOPPOSED MOTION FOR JOHN F. HARWICK TO APPEAR *PRO HAC VICE***
Case No.:

---

Plaintiff, Michael Maranda, respectfully requests, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, that tis Court permit John F. Harwick, Esq., E. Stewart Jones Hacker Murphy, LLP, 28 Second Street, Troy, New York 12180 jharwick@joneshacker.com (518)274-5820, to appear and practice in this Court in the above-entitled action as co-counsel for Michael Maranda submits the following Memorandum of Law in support of this Motion.

John F. Harwick, Esq. is a member in good standing of the bars of the following Courts:

    a.)    The Supreme Court of New York (admitted in 1996)

    b.)    All Federal District Courts in New York (various dates)

1

John F. Harwick is a member of the Bar in good standing in every jurisdiction where he has been admitted, and there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

The appearance and active participation of John F. Harwick is necessary for the thorough and effective presentation of Michael Maranda's proceedings in this matter.

Pursuant to Local Rule 2.02, John F. Harwick, Esq. designates Charles T. Wiggins, Esq., member of the Trial Bar of this Court, who maintains an office in the State of Florida for the practice of Law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

John F. Harwick's certificate in support of this Motion is attached hereto as Exhibit "A".

The undersigned has conferred with the defendants and represents to the Court that defendants have no objection to the granting of this Motion.

**MEMORANDUM OF LAW**

Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida provides for Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice by John F. Harwick complies with the requirements of Local Rule 2.02.

**WHEREFORE**, plaintiff, Michael Maranda respectfully request that the Court grant this Motion to Appear *Pro Hac Vice* on behalf of John F. Harwick.

DATED: October 16, 2019

By: _____
Charles T. Wiggins, Esq.
Florida Bar ID No.: 0048021
*Local Counsel for Plaintiff*
501 Commendicia Street
Pensacola, Florida 32502
Tel. No.: (850) 432-2451

EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

MICHAEL MARANDA,
Plaintiff(s)/Petitioner(s),

v.                                                                                    CASE NO._____

HASH DEPLOY, INC

DOUGLAS SHOOK,
Defendant(s)/Respondent(s)

_____/

I, JOHN F. HARWICK, ESQ. _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of PLAINTIFF _____ (party represented).

**ATTORNEY INFORMATION**

Firm Name: E. STEWART JONES HACKER MURPHY, LLP

Address: 28 SECOND STREET

City: TROY           State: NEW YORK      Zip: 12180 -

Firm/Business Phone: 518-274-5820    Alternate Phone: 518-213-0113

Firm/Business Fax: 518-274-5875

E-mail Address: JHARWICK@JONESHACKER.COM

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____           9/20/2019
Signature                           Date

Revised 01/01/15                                                      Page 1 of 2

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.