UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,
                Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

                Defendant.

**CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

Case No.:

---

    CHARLES T. WIGGINS, ESQ., Florida Bar Roll ID No.: 0048021, 501 Commendicia Street, Pensacola, Florida 32502, CTW@beggslane.com, (850) 432-2451 hereby states that I am resident of Florida and admitted to practice Law of the Middle District of Florida.

    I submit this in support of John F. Harwick, Esq.'s special admission to practice in this District, (E. Stewart Jones Hacker Murphy, LLP, 28 Second Street, Troy, New York 12180, jharwick@joneshacker.com, (518) 274-5820).

    All notices and papers may be served on me and I will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

    I certify that John F. Harwick, Esq. has complied with both the fee and e-mail registration requirements of Rule 2.01(d).

DATED: October 16, 2019

By: _____
Charles T. Wiggins, Esq.
Florida Bar ID No.: 0048021
*Local Counsel for Plaintiff*
501 Commendicia Street
Pensacola, Florida 32502
Tel. No.: (850) 432-2451

1