AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL MARANDA <br><br> *Plaintiff(s)* <br> v. <br> HASH DEPLOY, INC. and DOUGLAS SHOOK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:19-cv-528-Oc-30PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HASH DEPLOY, INC.
13075 NE 251ST TERRACE
SALT SPRING, FLORIDA 32134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Wiggins
Beggs & Lane, RLLP
501 Commendencia St
Pensacola, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Elizabeth M. Warren
*CLERK OF COURT*

Date: **Oct 17, 2019**

*LeanneKirkland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL MARANDA </br></br> *Plaintiff(s)* </br> v. </br> HASH DEPLOY, INC. and DOUGLAS SHOOK </br></br> *Defendant(s)* | Civil Action No. 5:19-cv-528-Oc-30PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DOUGLAS SHOOK
13075 NE 251ST TERRACE
SALT SPRING, FLORIDA 32134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Wiggins
Beggs & Lane, RLLP
501 Commendencia St
Pensacola, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Elizabeth M. Warren

*CLERK OF COURT*

Date: **Oct 17, 2019**

*LeanneKirkland*

*Signature of Clerk or Deputy Clerk*