# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 5:19-CV-528-OC-30PRL

Plaintiff:
**MICHAEL MARANDA**

vs.

Defendant:
**HASH DEPLOY, INC. AND DOUGLAS SHOOK**

For:
E. Stewart Jones Hacker Murphy, LLP

Received by A PLUS PROCESS SERVICE, INC. on the 23rd day of October, 2019 at 12:00 pm to be served on **DOUGLAS SHOOK, 13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134**.

I, Kenneth W. Kelley, Sr., #091312-14, being duly sworn, depose and say that on the **30th day of October, 2019 at 6:18 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **DOUGLAS SHOOK** at the address of: **13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Dark Brown, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Subscribed and sworn to before me on ___4___ day of ___NOV.___, 2019, by the affiant who is personally known to me.

_____
Notary Public

ODALYS G. EIRE
Notary Public-State of Florida
Commission # GG 344399
My Commission Expires
October 06, 2023

Kenneth W. Kelley, Sr., #091312-14
Certified Process Server

A PLUS PROCESS SERVICE, INC.
PO BOX 582
GUILDERLAND, NY 12084
(518) 470-6552

Our Job Serial Number: ODY-2019006542

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e


