Hash Deploy Inc
Douglas Shook & Douglas Shook
13075 NE 251st Terrace
Salt Springs, FL 32134
(352) 450-0094

FILED
2019 NOV 19  AM 10: 29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

In the District Court of Florida in the county of Marion

| | |
|---|---|
| Michael Maranda | ) Case No.: 5:19-cv-528-Oc-30PRL |
| Plaintiff | ) PRO SE NOTICE OF APPEARANCE |
| vs. | ) |
| Hash Deploy Inc | ) |
| Defendant(s) | ) |

The undersigned enters an appearance in this action, and demands notice of all further proceedings. The Clerk of Court and the opposing party will be informed of any changes in address. Any and all notices may be sent to:
Service Address:
13075 NE 251st Terrace, Salt Springs, FL 32134

Dated this November 3, 2019

_____
Hash Deploy Inc
Douglas Shook & Douglas Shook

[Notice of Appearance] - 1