FILED

Hash Deploy Inc
Douglas Shook & Douglas Shook
13075 NE 251st Terrace
Salt Springs, FL 32134
(352) 450-0094

2019 NOV 19 AM 10: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

In the District Court of Florida in the county of Marion

| | |
|---|---|
| Michael Maranda | ) Case No.: 5:19-cv-528-Oc-30PRL |
| Plaintiff | ) ANSWER, AFFIRMATIVE DEFENSES |
| vs. | ) |
| Hash Deploy Inc | ) |
| Defendant(s) | ) |

## I. ANSWER

Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraph numbers 5, 6, 7, 8,

2. Deny the statements contained in paragraph numbers 1, 9, 10, 11, 12, 13, 14, 37, 38, 39, 40, 42, 43, 47,

3. Lack knowledge about the truth and therefore deny the statements contained in paragraphs numbers 2, 3, 4, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 41, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,

[Affirmative Defense] - 1

SummonsResponse.com

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:
Unjust Enrichment
Breach by Plaintiff
Contract Void as Against Public Policy

Dated this November 3, 2019

*[signature]*

Hash Deploy Inc

Douglas  Shook & Douglas Shook
13005 NE 251st Terrace
Salt Springs, FL 32134
(352) 450-0094

[Affirmative Defense] - 2