FILED

2019 NOV 19 AM 10: 30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

1  Hash Deploy Inc
   Douglas Shook & Douglas Shook
2  13075 NE 251st Terrace
   Salt Springs, FL 32134
3  (352) 450-0094

4

5

   In the District Court of Florida in
6  the county of Marion

7

8  Michael Maranda                    ) Case No.: 5:19-cv-528-Oc-30PRL
                                      ) DECLARATION OF DEFENDANT Hash
9           Plaintiff                 ) Deploy Inc REGARDING INCOME AND
                                      ) ASSETS EXEMPT FROM GARNISHMENT
10     vs.                            )
                                      )
11 Hash Deploy Inc                    )
                                      )
12          Defendant                 )
                                      )
13 _____    )

14 I, Hash Deploy Inc, declare under penalty of perjury under
   the laws of the State of Florida as follows:
15
   1.   My name is Hash Deploy Inc, and I am a defendant/respondent in
16        this lawsuit.

17 2.   I am over the age of eighteen and am competent to testify.

18 3.   My mailing address is: 13075 NE 251st Terrace, Salt Springs, FL
        32134
19
   4.   My/Our source(s) of income and its exempt status, if any, is as
20        follows:

21

22

23

24

25

26

27

28
       [Declaration of Defendant Regarding Income
          and Assets Exempt from Garnishment] - 1

1  []     My spouse's separate earnings. RCW 6.15.040; RCW 26.16.200;

2  []     Supplemental Security Income. 42 U.S.C. § 1383(d); 42 U.S.C. § 407;

3

4  []     Veteran's Benefits. 38 U.S.C. § 5301;

  []     Social Security (Disability, Retirement, Survivors). 42 U.S.C.
5         § 407;

6  []     Federal Civil Service Retirement. 5 U.S.C. § 8346;

7  []     Armed Forces Savings Account. 10 U.S.C. § 1035(d);

8  []     Injury or Death Compensation from War Risk Hazards. 42 U.S.C. § 1717;

9
   []     Longshore and Harbor Workers' Compensation for Death and
10        Disability. 33 U.S.C. 916;

11 []     Railroad Unemployment Insurance. 45 U.S.C. § 352;

12 []     Railroad Retirement Benefits. 45 U.S.C. § 231m;

13 []     Merchant Seamen – Individuals employed on fishing or fish
          processing vessels. 46 U.S.C. §11109;
14
   []     Federal Title IV Student Loans. 20 U.S.C. 1095a(d);
15
   []     Employee Retirement Income Security Act (ERISA) Pensions. 29
16        U.S.C, § 1056(d);

17 []     Work Release Earnings. RCW 72.65.060;

18 []     Judge's Retirement Benefits. RCW 2.12.090; 2.10.180;

19 []     Crime Victim's Compensation. RCW 7.68.070;

20 []     Proceeds from Disability Insurance. RCW 48.18.400 et.seq.;
          6.15.035;
21
   []     City and State Employee's Retirement Benefits. RCW 41.44.240;
22
   []     First Class City Personnel and Police Benefits. RCW 41.20.180;
23        41.28.240;

24 []     Fraternal Benefit Society Benefits. RCW 48.36A.180;

25

26

27

28
           [Declaration of Defendant Regarding Income
             and Assets Exempt from Garnishment] - 2

1  []     State Employee's Retirement. RCW 41.40.052;

2  []     Teacher's Retirement. RCW 41.32.052;

3  []     Volunteer Firefighter's Retirement. RCW 41.24.240;

4  []     Washington State Patrol Retirement. RCW 43.43.310;

5  []     Funds held by the State for a child. RCW 74.13.070;

6  []     Out-of-State Income Tax on a pension or retirement plan received in Washington State. RCW 6.15.025;

7

8  []     Insurance Proceeds from Exempt Property, whether in this declaration or not. RCW 6.15.030;

9  []     Child Support Payments. RCW 6.15.010(3)(d).

10 []     Disposable earnings (earnings less deductions required by law). ($75% of Defendant's disposable earnings or 30 times Federal hourly min. wage per week WHICHEVER IS GREATER). RCW 6.27.150;

11

12

13 []     Earnings necessary to support family. (50% of disposable earnings with spouse or child; 40% if individual). RCW 6.32.250 in conjunction with RCW 6.15.150(2);

14

15 []     Federal pension money, whether in debtor's possession or deposited or loaned by debtor. (100% (exemption applies to family if pensioner dies or absconds)). RCW 6.15.020;

16

17 []     Homeowner's insurance policy proceeds covering exempt property (i.e. fire, flood etc.). RCW 6.15.030;

18 []     Unemployment compensation benefits. (100% except for debts incurred for necessaries furnished to individual receiving benefits during unemployment). RCW 50.40.020;

19

20 []     Proceeds & avails of life insurance policies on the life of another (for example: your parent's life insurance policy) RCW 48.18.410;

21

22 []     Group life insurance proceeds. RCW 48.18.420;

23

24

25

26

27

28

[Declaration of Defendant Regarding Income and Assets Exempt from Garnishment] - 3

1  []      Annuity contract benefits up to $2,500 limit per month.
           RCW 48.18.430(1)(b);

2  []      Public assistance grants & payments. RCW 74.04.280 &
           74.08.210;

3  []      City employees retirement benefits. RCW 41.28.200;

4  []      Police & Firefighters retirement benefits. RCW 41.26.180
           recodified as: RCW 41.26.053, RCW 41.20.180.

5  []      Stock Options or Stock Appreciation Rights. Safeco Ins.
           Co. v. Skeen, 47 Wn. App. 196 (1987)

6  []      The first $16,150.00 of personal injury proceeds of the
           debtor or the debtor's dependant; 100% of pain and suffering or
           compensation for financial loss and 100% of loss of future
           earning except for debts incurred for necessary support of the
           debtor and any dependent of the debtor. This exemption under this
           subsection does not apply to the right of the state of
           Washington, or any agent or assignee of the state, as a
           lienholder or subrogee for medical costs paid by the state of
           Washington. RCW 6.15.010(3)(f);

[Declaration of Defendant Regarding Income
and Assets Exempt from Garnishment] - 4

5.  I/We own the following property which is exempt from debt collection under the following statutes (mark all that apply):

[ ]  Homestead (house or mobile home where I live and any underlying accessories and land) which is no more than $40,000 before July 22, 2007 or no more than $125,000 after July 22, 2007 in equity or total value. RCW 6.13.010; 6.13.030;

[ ]  Clothing. RCW 6.15.010(1);

[ ]  Furs, jewelry or personal ornaments (less than $1,000.00 in value for each item). RCW 6.15.010(1);

[ ]  Private Library worth no more than $1,500.00. RCW 6.15.010(2);

[ ]  Family pictures and keepsakes. RCW 6.15.010(2);

[ ]  Household goods, appliances, furniture, yard equipment, provisions and fuel up to $2,700.00 in value per person, not to total more than $5,400 per couple. RCW 6.15.010(3)(a);

[ ]  Other Personal Property, not specifically listed here, up to $2000.00 in value with $200.00 limit on cash, bank accounts & securities. RCW 6.15.010(3)(b);

[ ]  Two motor vehicles used for personal transportation up to $2,500.00 in value each, not more than $5,000 per couple. RCW 6.15.010(3)(c);

[ ]  Farm trucks, stock, tools, equipment, supplies and seed up to $5000.00. RCW 6.15.010(4)(a);

[ ]  All professionally prescribed health aids for the debtor or a dependent of the debtor. RCW 6.15.010(3)(e);

[Declaration of Defendant Regarding Income and Assets Exempt from Garnishment] - 5

1  []   Library & office furniture, equipment & supplies of
        physician, attorney, clergyman, or other professional person up
2       to $5,000. RCW 6.15.010(4)(b);

3  []   Tools, instruments & materials used to carry on trade for
        support of debtor & family up to $5,000. RCW 6.15.010(4)(c);
4
   []   Personal or family burying grounds. RCW  68.24.220 &
5       68.20.120;

6

7                                   Dated this November 3, 2019

8
                                    _____
9                                   Hash Deploy Inc
                                    Douglas Shook & Douglas
10                                  Shook

[Declaration of Defendant Regarding Income
and Assets Exempt from Garnishment] - 6