Hash Deploy Inc
Douglas Shook & Douglas Shook
13075 NE 251st Terrace
Salt Springs, FL 32134
(352) 450-0094

2019 NOV 19 AM 10: 26

CLERK, US...
MIDDLE D...

In the District Court of Florida in the county of Marion

| | |
|---|---|
| Michael Maranda | ) Case No.: 5:19-cv-528-Oc-30PRL |
| Plaintiff | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| Hash Deploy Inc | ) |
| Defendant(s) | ) |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Florida that, on the date stated below, I did the following:

On the day of November 19, 2019, I mailed by Certified Mail, Return Receipt, postage pre-paid, a true copy of the Notice of Appearance and the Answer, Affirmative Defenses to Michael Maranda at the offices of E. Stewart Jones Hacker Murphy, LLP at the following address: 28 Second Street, Troy, NY 12180

Dated this November 3, 2019,
in the city of Salt Springs, FL

_____
Hash Deploy Inc
Douglas Shook & Douglas Shook

[Certificate of Service] - 1