# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL MARANDA,

    Plaintiff,

v.                                                  Case No: 5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

    Defendants.

_____

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that the Defendant corporation, Hash Deploy Inc., filed an Answer (Dkt. 12) on November 19, 2019, without benefit of counsel. Local Rule 2.03(e) states that: "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02."

Accordingly, it is ORDERED AND ADJUDGED that the Defendant corporation shall obtain counsel **within twenty (20) days** of the date of this Order. Counsel shall file a Notice of Appearance and Answer on behalf of the corporate Defendant. **Failure to timely do so shall result in Defendant's Answer being stricken without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of January, 2020.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record