# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL MARANDA,

    Plaintiff,

v.                                               Case No: 5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS SHOOK,

    Defendants.

## ORDER

Defendant corporation, Hash Deploy Inc., filed an Answer without benefit of counsel on November 19, 2019. (Dkt. 12). On January 8, 2020, the Court issued an Order to Show Cause directing Defendant corporation to retain counsel within twenty (20) days and noting that failure to timely do so will result in Defendant's Answer being stricken without further notice. (Dkt. 16). A review of the file reveals that a Notice of Appearance for Defendant corporation, Hash Deploy, Inc. has not been filed.

Accordingly, it is ORDERED AND ADJUDGED that:

1.     The Answer (Dkt. 12) is STRICKEN as to Defendant Hash Deploy Inc.

2.     Plaintiff shall promptly apply to the Clerk for entry of default as to Defendant Hash Deploy Inc. pursuant to Federal Rule of Civil Procedure 55(a). Failure to do so may result in the dismissal of Defendant Hash Deploy Inc. without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of February, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record