UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,
                Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,
                Defendant.

**ORDER FOR DEFAULT JUDGMENT**
Case No.: 5:19-CV-00528-JSM

---

**NOW,** pursuant to the order of the Hon. James S Moody, Jr. dated February 3, 2020 striking the answer of Hash Deploy Inc. for its failure to appear herein by counsel, and upon the affidavit of the plaintiff, Michael Miranda, sworn to on the 13th day of February 2020, submitted in support of Plaintiff's application to the Clerk for a default judgment against Hash Deploy Inc. for a sum certain pursuant to Fed. Rule Civ. Proc. 55 (a), it is further

**ORDERED, AJUDGED** and **DECREED** that Judgment is hereby entered in favor of Michael Maranda, 2 Flint Mine Road, Coxsackie, New York 12051 and against Hash Deploy Inc. c/o Douglas Shook, Registered Agent, 13075 N.E. 251st Terrace, Salt Springs, Florida 32134 in the amount of $580,000.00 plus interest at the legal rate.

4

ENTERED ON _____, 2020:

_____
CLERK OF THE DISTRICT COURT