UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,
                       Plaintiff,

          -against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,
                       Defendant.

**AFFIDAVIT OF MICHAEL MARANDA IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFUALT JUDGMENT**
Case No.: 5:19-CV-00528-JSM

---

MICHAEL MARANDA, being duly sworn, deposes and says that:

1.     I am the plaintiff in the above-captioned matter and make this affidavit in support of plaintiff's motion for default judgment pursuant to Fed. R. Civ. P. 55 (a).

2.     This action was commenced by the filing of a complaint on October 16, 2019. A copy of the complaint is annexed hereto as Exhibit "A".

3.     The clerk issued a summons which was served along with a copy of the complaint on Hash Deploy, Inc. on October 23, 2019. A copy of the filed affidavit of service is attached as Exhibit "B".

4.     On November 19, 2019, Hash Deploy, Inc. interposed an answer in this case, a copy of which is annexed hereto as Exhibit "C".

1

5.    By way of Order to Show Cause dated January 8, 2020, Hash Deploy Inc. was ordered by the Court, *sua sponte*, to appear via counsel in this action.

6.    Hash Deploy, Inc. failed to appear by counsel as Ordered by the Hon. James S. Moody Jr. and on February 3, 2020 the Court issued an Order striking defendant Hash Deploy, Inc.'s answer and the Court further directed that plaintiff make an application to the clerk for entry of a default judgment pursuant to Fed. R. Civ. P. 55 (a). A copy of that Order is attached as Exhibit "D".

7.    Thus, the plaintiff hereby moves for default judgment against Hash Deploy, Inc.

8.    I have reviewed the contents of the allegations in the complaint and they are true and accurate, and I have sustained the damages alleged therein which are for a sum certain.

9.    Plaintiff is owed a sum certain herein.

10.    Hash Deploy Inc. is liable to me, the plaintiff, for $580,000.00 in damages as plead in the Complaint.

11.    Plaintiff specifically reserves the right to make a further motion for attorney's fees and punitive damages to be determined after a Hearing on the record before the assigned Judge.

MICHAEL MARANDA

2

Sworn to before me on this
13ᵗʰ day of February 2020.

Notary Public

Angelica Rios Cruz
Notary Public  State of New York
No  01RI6225682
Qualified in Suffolk County
Commission Expires July 26 _2022_

3