UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,

          Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

          Defendants.

**NOTICE OF MOTION**

Case No.: 5-19-CV-528-0C-30PRL

---

| | |
|---|---|
| Motion by: | E. Stewart Jones Hacker Murphy LLP, on behalf of plaintiff, Michael Maranda. |
| Supporting Papers: | The affidavit of John F. Harwick, Esq., sworn to the 24th day of February 2020 with attached the affidavit of Michael Maranda sworn to on the 13th day of February 2020 and, with Exhibits attached thereto and the pleadings and proceedings had heretofore. |
| Relief Requested: | The Clerk's entry of default against Hash Deploy, Inc pursuant to FRCP 55(a). |

**WHEREFORE**, plaintiff, Michael Maranda respectfully request that the Clerk enter a default as against Hash Deploy, Inc.

Dated: February 24, 2020  
Troy, New York

E. STEWART JONES HACKER MURPHY LLP

By: _____
John F. Harwick, Esq.
*Attorney for Plaintiff*
28 Second Street
Troy, New York 12180
Tel. No.: (518) 213-0113