UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,

                Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

                Defendant.

**AFFIRMATION OF JOHN F. HARWICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO OBTAIN A CLERK'S ORDER OF DEFAULT**

Case No.: 5:19-CV-528-0C-30PRL

---

**JOHN F. HARWICK, ESQ.** being duly sworn deposes and says that:

1. I am plaintiff's counsel in the above-captioned matter and make this affidavit in support of plaintiff's motion for the clerk's entry of a default judgment against Hash Deploy Inc. pursuant to F.R.C.P. 55 (A).

2. The relevant procedural history in this case is contained in the Affidavit of Michael Maranda sworn to on February 13th, 2020 with Exhibits annexed hereto as Exhibit "A".

3. Plaintiff hereby moves pursuant to F.R.C.P. 55(a) for the entry of a default judgment against Hash Deploy, Inc. due to its failure to appear via counsel and the Hon. James S. Moody, Jr.'s Order dated February 3rd, 2020 striking Hash Deploy,

1

Inc.'s answer.

4. Plaintiff will thereafter move for entry of judgment pursuant to F.R.C.P. 55(b).

DATED: February 24, 2020

By: _____
John F. Harwick, Esq.
Bar Roll No.: jh5253
*Attorney for Plaintiff*
28 Second Street
Troy, New York 12180
Tel. No.: (518) 213-0113