UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL MARANDA,**

    Plaintiff,

v.                                                  **Case No: 5:19-cv-528-Oc-30PRL**

**HASH DEPLOY INC and DOUGLAS SHOOK**

    Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **HASH DEPLOY INC** in Ocala, Florida on the 27th day of February, 2020.

                                              ELIZABETH M. WARREN, CLERK

                                              s/L. Kirkland, Deputy Clerk

Copies furnished to:

Counsel of Record