UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,

        Plaintiff,

  -*against*-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

      Defendants.

**NOTICE OF MOTION**

Case No.: 5:19-CV-00528-JSM

---

| | |
|---|---|
| Motion by: | E. Stewart Jones Hacker Murphy LLP, on behalf of plaintiff, Michael Maranda. |
| Supporting Papers: | The affidavit of John F. Harwick, Esq., sworn to the 31st day of Msrch 2020 with attached the affidavit of Michael Maranda sworn to on the 18th day of February 2020 and, with Exhibits attached thereto and the pleadings and proceedings had heretofore. |
| Relief Requested: | For the Clerk to enter a default judgment pursuant to Fed. R. Civ. P. 58(b)(1) for the sum certain amount of $580,000.00, plus interest from and after May 11, 2019 with costs thereto against Hash Deploy, Inc. |

**WHEREFORE**, plaintiff, Michael Maranda respectfully requests that the Clerk enter a default judgment against Hash Deploy, Inc.

Dated: March 31, 2020  
Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _____
John F. Harwick, Esq.
*Attorney for Plaintiff*
28 Second Street
Troy, New York  12180
Tel. No.:  (518) 213-0113