UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA     OCALA DIVISION

---

MICHAEL MARANDA,

        Plaintiff,

-against-

HASH DEPLOY, INC. and DOUGLAS SHOOK,

        Defendants.

AFFIDAVIT OF JOHN F. HARWICK, ESQ. IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT TO CLERK PURSUANT TO FRCP 58(b)(1)

Index No. 5:19-CV-00528-JSM

---

JOHN F. HARWICK, Esq., an attorney duly licensed to practice law in the State of New York with a temporary order *pro hac vice* to practice for this case in the Middle District of Florida, affirms under the penalty of perjury as follows:

1.    I am a Partner in the firm of E. Stewart Jones Hacker Murphy, LLP, attorneys for the plaintiff in the above captioned matter, as such I have knowledge of the facts and circumstances herein.

2.    I make this affidavit in support of this application to the Clerk of this Court for default judgment in a sum certain amount pursuant to FRCP 58(b)(1).

3. Attached as Exhibit "1" is the supporting Affidavit of the plaintiff Michael Maranda setting forth the procedural history.

4. This action was commenced with the filing of a Complaint on October 16, 2019 with the Summons and Complaint being served on defendant Hash Deploy, Inc. on October 23, 2019. Exhibits "A" and "B" to the affidavit of Michael Maranda.

5. On November 19, 2019, Hash Deploy, Inc. interposed an answer in this case *pro se*. Exhibit "C" to the affidavit of Michael Maranda.

6. On January 8, 2020, this Court *sua sponte* ordered Hash Deploy, Inc. to appear via counsel which the defendant failed to do.

7. On February 3, 2020 the Court directed plaintiff to make an application to the clerk for entry of default judgment pursuant to FRCP 55(a). Exhibit "D" to the affidavit of Michael Maranda.

8. Plaintiff made said application with default being entered by the Clerk on February 27, 2020. A copy of the Clerk's Order of Default is attached hereto as Exhibit "2".

9. To date, defendant Hash Deploy, Inc. has ignored this Court's January 8, 2020 order and has failed to appear or otherwise move to vacate the default herein.

10. That Hash Deploy, Inc. is a business corporation existing under the laws of the State of Florida and is not an infant or otherwise incompetent nor is Hash Deploy, Inc. eligible for military service.

11. That this is a breach of contract action for failure to deliver duly paid for goods with sum certain damages in the amount of $580,000 plus interest at the legal rate from and after May 11, 2019. Aff. of Michael Maranda at 10; Exhibit "A" to Aff. of Michael Maranda describing the goods and price paid.

12. That plaintiff is entitled for the Clerk of this Court to enter this sum certain judgment in the amount of $580,000 plus interest at the legal rate from and after May 11, 2019 with a Bill of Costs thereto.

13. A copy of the Proposed Judgment is attached as Exhibit "3" and a copy of the Bill of Costs is attached as Exhibit "4".

14. Plaintiff respectfully reserves his right for a hearing to consider additional punitive damages and attorney's fees on this matter.

**WHEREFORE**, plaintiffs respectfully request the Clerk of this Court enter a Default Judgment for a sum certain against Hash Deploy, Inc. in the amount of $580,000 plus interest at the legal rate from and after May 11, 2019 with the Bill of Costs taxed thereto, and for such other and further relief as is just and proper.

_____
John F. Harwick, Esq.

Sworn to before me on this
31st day of March 2020.

_____
Notary Public
Deanna M. Dudley
Notary Public, State of New York
Reg. No. 01DU6340971
Qualified in Albany County
Commission Expires May 02, 20__