UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA      OCALA DIVISION

MICHAEL MARANDA,

              Plaintiff,

-against-

HASH DEPLOY, INC. and DOUGLAS SHOOK,

              Defendants.

**PROPOSED JUDGMENT**

Index No.  5:19-CV-00528-JSM

Upon the Affidavit of John F. Harwick, Esq., sworn to the 31st day of March, 2020, Affidavit of Michael Maranda,  sworn to the 18th day of February, 2020, Entry of Default by the Clerk of this Court dated February 27, 2020, and upon all the pleadings and proceedings heretofore had herein, a Summons and Complaint in this action having been duly served on the defendant Hash Deploy, Inc. on the 23nd day of October, 2019, with its Answer being stricken by Order of this Court on February 3, 2020, with the defendant being a business corporation existing under the laws of the State of Florida and therefore not a minor, incompetent or engaged in military service, and the time for said defendant to appear, answer or raise an objection to the Complaint, and said defendant not having appeared through counsel, answer or raise an objection to the Complaint,

**NOW**, on application of E. Stewart Jones Hacker Murphy, LLP, John F. Harwick, Esq., 28 Second Street, Troy, New York 12180, of counsel *Pro Hac Vice*, attorneys for the plaintiff; it is

**ORDERED, ADJUDGED and DECREED** that plaintiff, the Michael Maranda, an individual resident of the State of New York, duly recover of defendant Hash Deploy, Inc. the sum certain of $580,000.00 plus interest at the legal rate from and after May 11, 2019 plus plaintiff's Bill of Costs in the amount of $420 and that the plaintiff have execution theretofore.

The creditor is Michael Maranda, 38 Oaklawn Avenue, Farmville, New York 11738.

The debtor is Hash Deploy, Inc., 13075 NE 251st Terrace Salt Spring, Florida 32134.

**JUDGMENT** signed this _____ day of _____, 2020.


_____
**HON. ELIZABETH M. WARREN**
**CLERK OF COURT**

ENTERED: