**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL MARANDA,

    Plaintiff,

v.                                      Case No: 5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

    Defendants.

---

**ORDER TO SHOW CAUSE**

A review of the file shows that no Case Management Report has been filed by the parties within the time proscribed in Local Rule 3.05.

Accordingly, it is ORDERED AND ADJUDGED that the Plaintiff shall within **fourteen (14) days of the date of this Order SHOW CAUSE, in writing**, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05.  **Failure to do so shall result in this action being dismissed without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of August, 2020.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record