UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

_____

MICHAEL MARANDA,

                       Plaintiff,

  -against-                               **CERTIFICATE OF SERVICE**
                                             Case No.:  5:19-cv-528-0c-30prl

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

                       Defendants.

_____

      I hereby certify that on August 11, 2020, I mailed a copy of plaintiff's Affirmation of John F. Harwick, Esq. and Supplemental Affirmation in response to Order to Show Cause and Notice of pendency of other Actions to:

    Douglas Shook
    13075 N.E. 251st Terrace Salt
    Springs, Florida 32134 e-mail:
    doug@hashdeploy.com

_____
John F. Harwick
E. STEWART JONES HACKER MURPHY LLP
28 Second Street
Troy, New York 12180
Direct Dial: (518) 213-0113
jharwick@joneshacker.com