

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

December 7, 2020

**VIA ECF FILING & E-MAIL TO:**
chambers_flmd_lammens@flmd.uscourts.gov
Hon. Philip Lammens
Magistrate Judge
Middle District of Florida

      RE:    Michael Maranda v. Hash Deploy, Inc.
            Case No.:    5:19-cv-528-OC-30PRL

Dear Magistrate Lammens:

We represent the plaintiff in the above referenced breach of contract/fraud action.

We previously noticed the defendants for a remote deposition. They failed to appear. The defendants have also failed to respond to our discovery demands.

I respectfully request that the Court schedule a telephone conference to resolve this discovery issue short of motion practice.

Respectfully submitted,

*s/John F. Harwick, Esq./dmd*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:dmd

cc:    Client
       Defendant via U.S. mail and email