**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL MARANDA,

    Plaintiff,

v.                                        Case No: 5:19-cv-528-JSM-PRL

HASH DEPLOY INC and DOUGLAS SHOOK,

    Defendants.

_____

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. An Order Referring Case to Mediation and Directing Selection of a Mediator (Dkt. 32) was entered on March 15, 2021. A review of the file indicates that the parties have failed to comply with this Court's Order directing selection of a mediator and a mediation date. A Mediation Notice has not been filed in the Court file.

Accordingly, it is ORDERED AND ADJUDGED that the parties shall **within seven (7) days** from the date of this Order **show cause, in writing**, why the parties have failed to comply with this Court's Order.

**DONE** and **ORDERED** this 8th day of April, 2021, at Tampa, Florida.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record