

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

April 12, 2021

VIA ECF FILING & E-MAIL TO:
chambers_flmd_moody@flmd.uscourts.gov

Honorable James Moody, Jr.
Senior District Judge
Middle District of Florida

      RE:    Michael Maranda v. Hash Deploy, Inc.
           Case No.:    5:19-cv-528-OC-30PRL

Dear Judge Moody:

I am writing in response to the Order to Show Cause, please note that the parties have reached settlement whereby the case against Douglas Shook will be discontinued without prejudice. The plaintiff will renew his application for a default judgement against Hash Deploy, Inc which will proceed without opposition.

A Stipulation will be filed within the next thirty days.

Respectfully submitted,

*s/John F. Harwick, Esq./sh*

John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:sh

cc:    Michael Maranda
       Douglas Shook, E-Mail:  doug@hashdeploy.com