UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL MARANDA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

    Defendants.

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between counsel for plaintiff Michael Maranda and the pro se defendant Douglas Shook, in the above-entitled action, , that this action, and any and all claims arising therefrom, including, any and all counterclaims and crossclaims, be and hereby voluntarily partially dismissed against DOUGLAS SHOOK only without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, including attorney's fees, and disbursements, subject to the settlement. The above parties further stipulate that the plaintiff Michael Maranda may renew his motion for a default judgement against Hash Deploy, Inc., which will proceed without opposition.

IT IS FURTHER STIPULATED, CONSENTED AND AGREED that facsimile signatures are to be deemed original signatures and this Stipulation may be filed without further notice with the Clerk of the Court.

Dated:   April 13, 2021               E. STEWART JONES HACKER
         Troy, New York                MURPHY LLP

                            By:       _____
                                      JOHN F. HARWICK, ESQ.
                                      Attorney for Plaintiff
                                      28 Second Street
                                      Troy, New York  12180
                                      Tel. No.: (518) 213-0113
                                      jharwick@joneshacker.com

Dated:   April 13, 2021               _____
                                      DOUGLAS SHOOK, Pro Se
                                      Defendant
                                      13075 NE 251st Terrace
                                      Salt Springs, FL 32134
                                      Tel. No.: (352) 450-0094
                                      doug@hashdeploy.com