# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL MARANDA,

    Plaintiff,

v.                                              Case No: 5:19-cv-528-JSM-PRL

HASH DEPLOY INC and DOUGLAS SHOOK,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Partial Dismissal as to Defendant Douglas Shook (Dkt. 35). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Defendant Douglas Shook, each party to bear their own costs and fees.

2. The Clerk is directed to terminate Defendant Douglas Shook from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record