E. STEWART
**Jones Hacker Murphy** LLP
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

May 3, 2021

*VIA ECF FILING*

Honorable James Moody, Jr.
Senior District Judge
Middle District of Florida

RE:   Michael Maranda v. Hash Deploy, Inc.
      Case No.:   5:19-cv-528-OC-30PRL
      My File No.:   8461-011

Dear Judge Moody:

I am writing in follow-up to my letter of April 12, 2021, and the subsequent filing the Stipulation of Partial Dismissal (docket number 35) and the corresponding Order of Dismissal (docket number 36.) I respectfully request a 45-day extension of time in which to renew plaintiff's application for default judgment against Hash Deploy, Inc., which the parties stipulated would proceed without opposition.

The Order of Dismissal was so ordered on April 19, 2021, I respectfully request an extension of time in which to renew plaintiff's application for default judgment against Hash Deploy, Inc., to June 3, 2021.

Please note that in addition to e-filing this request, a copy of same has been e-mailed to Douglas Shook.

Thank you for your time and consideration in this matter.

Respectfully submitted,
s/*John F. Harwick, Esq./sh*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113
JFH:sh

cc:   Douglas Shook
      Client