UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

MICHAEL MARANDA,
               Plaintiff,

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,
               Defendant.

**AFFIRMATION OF JOHN F. HARWICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO OBTAIN A CLERK'S ORDER OF DEFAULT**

Case No.: 5:19-CV-00528-JSM

---

**JOHN F. HARWICK, ESQ.**, being duly sworn, deposes and says that:

1. I am plaintiff's counsel in the above-captioned matter and make this affirmation in support of plaintiff's motion for default judgment against Hash Deploy, Inc., pursuant to Fed. R. Civ. P. 55 (a).

2. The relevant procedural history is contained in the affidavit of Michael Maranda sworn to on 25th day of May, 2021 with Exhibits annexed hereto as Exhibit "A."

3. Plaintiff hereby moves pursuant to F.R.C.P. 55(a) for the entry of a default judgment against Hash Deploy, Inc. due to its failure to appear via counsel and the Hon. James S. Moody, Jr.'s Order dated February 3, 2020 striking Hash Deploy,

1

Inc.'s Answer.

4. Plaintiff will thereafter move for entry of judgment pursuant to F.R.C.P. 55(b).

Dated May 25, 2021

                                            John F. Harwick, Esq.
                                            Bar Roll No. JH5253
                                            Attorney for Plaintiff
                                            28 Second Street
                                            Troy, N.Y. 12180
                                            Tel. No.: (518) 213-0113