EXHIBIT "A"
AFFIRMATION OF JOHN F. HARWICK, ESQ.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL MARANDA,

          Plaintiff,

**AFFIDAVIT OF MICHAEL
MARANDA IN SUPPORT
OF PLAINTIFF'S MOTION
FOR DEFUALT
JUDGMENT**
Case No.: 5:19-CV-00528-JSM

-against-

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

          Defendant.

MICHAEL MARANDA, being duly sworn, deposes and says that:

1.    I am the plaintiff in the above-captioned matter and make this affidavit in support of plaintiff's motion for default judgment against Hash Deploy, Inc., pursuant to Fed. R. Civ. P. 55 (a).

**A.**    **Procedural History**

2.    This action was commenced by the filing of a complaint on October 16, 2019. A copy of the complaint is annexed hereto as Exhibit "A".

3.    The clerk issued a summons which was served along with a copy of the complaint on Hash Deploy, Inc. on October 23, 2019. A copy of the filed affidavit of service is attached as Exhibit "B".

4.    On November 19, 2019, Hash Deploy, Inc. filed an answer in this case, a

copy of which is annexed hereto as Exhibit "C".

5.      By way of Order to Show Cause dated January 8, 2020, Hash Deploy Inc.
was ordered by the Court, *sua sponte*, to appear via counsel in this action.

6.      Hash Deploy, Inc. failed to appear by counsel as Ordered by the Hon.
James S. Moody Jr. and on February 3, 2020 the Court issued an Order striking
defendant Hash Deploy, Inc.'s answer and the Court further directed that plaintiff
make an application to the clerk for entry of a default judgment pursuant to Fed. R.
Civ. P. 55 (a).  A copy of that Order is attached as Exhibit "D."

7.      On February 27, 2020, the clerk entered a default against Hash Deploy.
A copy of the Certificate of Default is attached as Exhibit "E."

8.      On March 31, 2020, I moved for a default judgment against Hash Deploy
(through my attorneys).  (ECF Doc. #23.)  On April 8, 2020, the Court denied the
motion for default judgment without prejudice.  (ECF Doc. #24.)  In that Order, the
Court explained, among other things, that it would be improper to grant a default
judgment against Hash Deploy while the case is ongoing against the individual
defendant, Douglas Shook. (Id.)  The Court further explained that I could proceed
with a default judgment motion against Hash Deploy at a later time, after final
judgment was or was not granted against Mr. Shook, or at a time when Mr. Shook was
no longer a party to the case.  (Id.)

9.      On April 13, 2021, my attorney and Mr. Shook entered into a written,

partial stipulation of dismissal pursuant to Rule 41(a)(1). Specifically, the stipulation provided that I would dismiss my claims as against Mr. Shook (but would not dismiss them against Hash Deploy). In the stipulation, the parties also agreed: "The above parties further stipulate that the plaintiff Michael Maranda may renew his motion for a default judgment against Hash Deploy, Inc., which will proceed without opposition." The parties filed the Stipulation on April 19, 2021 (ECF Doc. #35), a copy of which is attached as Exhibit "F." The Court so-ordered the dismissal of Mr. Shook the same day, April 19 (ECF Doc. #36), a copy of which is attached as Exhibit "G."

10.    Thus, the plaintiff hereby moves for default judgment against Hash Deploy, Inc.

**B.    Damages, Judgment Amount**

11.    I have reviewed the contents of the allegations in the Complaint and they are true and accurate, and I have sustained the damages alleged therein which are for a sum certain.

12.    I am owed a sum certain of $220,000, as set forth below.

13.    On May 11, 2021, Hash Deploy and I entered into a written contract attached to this affidavit as Exhibit "H." In that contract, Hash Deploy agreed to sell me one hundred (100) "Antminer S17 Pro" cryptocurrency mining computers, for a price of $220,000, which I was to pay in cryptocurrency ("A crypto transaction equivalent of $220,000 USD will be sent no later than 05/11/2019..."). Has Deploy

was required to deliver the machines to my premises in Coxsackie, New York ("… delivered to Michael Maranda 2 Flint Mine Road Coxsackie NY…").

14.    I paid the purchase price on May 11, 2019, by transferring Bitcoin from my Bitcoin wallet to Hash Deploy via the Coinbase Commerce platform (https://commerce.coinbase.com/?lang=en ). Specifically, through that platform, I transferred the USD equivalent of $222,000 in Bitcoin to Hash Deploy, which was 30.17391835 Bitcoin. Attached to this affidavit as Exhibit "I" is a copy of my receipt for that payment that I received from Coinbase Commerce by email, verifying the amount sent (in both Bitcoin and cash equivalent).

15.    Hash Deploy never delivered any of the machines that I ordered in the contract. Hash Deploy has also never refunded any of my purchase price. During 2019, I repeatedly contacted Hash Deploy's principal, Doug Shook, demanding the machines or my money back, to no avail. For several weeks after I made the payment, Mr. Shook claimed that he was still working on getting the machines together for delivery, but eventually he stopped responding to my inquiries altogether.

16.    By this motion, I seek a judgment against Hash Deploy in the amount of $220,000, the amount I paid it for the machines it did not deliver. My contract with Hash Deploy (Exhibit H) specifically provides:

> If Michael Maranda does not receive the Antminer S17 Pro x100 +/-15 days from 06/05/2019 then Michael Maranda is entitled to a full refund of the total amount of $220,000.00 USD equivalent for the product.

17.    Therefore, I respectfully submit that I am entitled to recover the sum certain of $220,000.00 from Hash Deploy.

MICHAEL MARANDA

Sworn to before me on this
____ day of May 2021.

_____
Notary Public

Deanna M. Dudley
Notary Public, State of New York
Reg. No. 01DU6340971
Qualified in Albany County
Commission Expires May 02, 20___

# EXHIBIT "A"
# AFFIDAVIT OF MICHAEL MARANDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL MARANDA,

                   Plaintiff,             **COMPLAINT**

    -against-                      Case No.:

HASH DEPLOY, INC. and
DOUGLAS SHOOK,

                   Defendant.

Plaintiff, Michael Maranda, by and through his attorneys, E. Stewart Jones Hacker Murphy, LLP, as and for this complaint against defendants alleges as follows:

### INTRODUCTION

1.    This is a breach of contract and fraud action wherein plaintiff paid for, but defendants failed to deliver, computer equipment costing $220,000.00. To date, Defendants still have not delivered the goods or refunded plaintiff's purchase money despite due demand.

### JURISDICTION AND VENUE

2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the parties are diverse, with the plaintiff domiciled in the State of New York and the defendant Hash Deploy, Inc. incorporated and existing under the laws of the State of Florida with its headquarters in the County of Marion, State of Florida and the

1

Case 5:19-cv-00528-JSM-PRL    Document 39-1    Filed 05/25/21    Page 9 of 38 PageID
207
Case 5:19-cv-00528   Document 1   Filed 10/16/19   Page 2 of 9 PageID 2

defendant Douglas Shook domiciled in the State of Florida. The amount in controversy exceeds $75,000.00.

3.     Venue is proper within the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(1) and (2) as the transactions and occurrences took place in the Middle District of Florida and the Defendants are located in the Middle District of Florida.

## PARTIES

4.     Michael Maranda is an individual domiciled in the County of Suffolk of the State of New York.

5.     Upon information and belief, Hash Deploy, Inc. is a business corporation existing under the laws of the State of Florida with its headquarters located at 13075 NE 251st Terrace Salt Spring, Florida 32134, located in Marion County.

6.     Upon information and belief, Douglas Shook is an individual domiciled in the State of Florida residing at 13075 NE 251st Terrace Salt Spring, Florida 32134.

7.     Upon information and belief, Douglas Shook is the sole officer and shareholder of Hash Deploy, Inc.

8.     Upon information and belief, Douglas Shook through Hash Deploy, Inc. purports to distribute and sell bitcoin mining computer equipment to the public.

9.     Upon information and belief, Douglas Shook comingles his personal finances with his business entity, using the same for his own personal use and benefit.

2

10.     Upon information and belief, Douglas Shook regularly transfers money and property out of his business entity rendering it insolvent and undercapitalized.

11.     Upon information and belief, Douglas Shook completely dominates and controls Hash Deploy, Inc. and uses it to defraud his customers and hinder creditors, such as the plaintiff herein.

12.     Upon information and belief Douglas Shook regularly fails to observe business formalities regarding his management and operation of Hash Deploy, Inc.

13.     Upon information and belief, Douglas Shook has used Hash Deploy, Inc. as a vehicle to commit fraudulent and wrongful acts against plaintiff and other members of the public.

14.     As such, Hash Deploy, Inc. is the alter ego of Douglas Shook and he is personally liable for Hash Deploy, Inc.'s debt herein under a veil piercing theory.

## BACKGROUND

15.     On or around May 11, 2018, the parties entered into and executed a contract for the purchase and sale of one hundred Bitcoin mining computers known as "S17 Antminers".

16.     A copy of the contract is annexed hereto as Exhibit "A" (the "Contract").

17.     Plaintiff agreed to pay Hash Deploy, Inc. $220,000 in Bitcoins for said 100 S17 Antminers.

18.     Plaintiff preformed its obligations per the Contract.

3

Case 5:19-cv-00528-JSM-PRL    Document 39-1    Filed 05/25/21    Page 11 of 38 PageID
209
Case 5:19-cv-00528    Document 1    Filed 10/16/19    Page 4 of 9 PageID 4

19.    On May 11, 2019, plaintiff transferred $220,000 worth of Bitcoin to defendants in payment on the Contract for the S17 Antminers.

20.    Pursuant to the Contract, Hash Deploy, Inc. was to deliver, and plaintiff was to receive said 100 S17 Antminers within 15 days of June 5, 2019 or be entitled to a full refund.

21.    Pursuant to the Contract, the S17 Antminers were to be delivered to Michael Maranda at his business address of 2 Flint Mine Road, Coxsackie, NY 12051.

22.    To date, plaintiff has not received said 100 S17 Antminers from defendants.

23.    Plaintiff has demanded a full refund of the $220,000 paid to defendants for said S17 Antminers.

24.    Defendants have failed to refund said purchase money.

25.    Plaintiff was going to use said S17 Antminers to earn profit by mining Bitcoins.

26.    Plaintiff lost profits as a result of defendants' failure to perform under the Contract.

27.    Plaintiff has further been damaged as the cost of S17 Antminers has increased by approximately $150,000.00 since the time of the Contract and the plaintiff's cost to "cover" said purchase is significantly higher than the Contract price.

## COUNT 1 (Breach of Contract)

28.    Plaintiff re-alleges and repeats each and every allegation contained in paragraphs above with full force and effect as contained herein.

4

Case 5:19-cv-00528-JSM-PRL    Document 39-1    Filed 05/25/21    Page 12 of 38 PageID
210
Case 5:19-cv-00528    Document 1    Filed 10/16/19    Page 5 of 9 PageID 5

29.    The parties entered into a binding contract.

30.    The plaintiff performed its obligations under the Contract by transferring $220,000 to the defendant for the 100 S17 Antminers.

31.    Defendants breached the Contract by failing to deliver the 100 S17 Antminers and/or in failing to refund the purchase price upon demand.

32.    As a result of the breach, plaintiff is entitled to $220,000, plus interest from and after May 11, 2019.

33.    Due to the Hash Deploy, Inc.'s breach of the Contract, Plaintiff suffered actual, and consequential damages in the amount of $580,000.

### COUNT 2 (Fraud)

36.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in above paragraphs as if repeated and set forth at length in this cause of action.

37.    That defendant Shook used Hash Deploy, Inc. to commit fraud as against plaintiff.

38.    That defendant Shook used Hash Deploy, Inc.'s seemingly legitimate facade to induce plaintiff into entering into the Contract which Defendants knew they would not and could not perform.

39.    That at all times defendant Shook intended to cause Hash Deploy, Inc. to breach the Contract and never intended to perform on said Contract.

5

Case 5:19-cv-00528-JSM-PRL   Document 39-1   Filed 05/25/21   Page 13 of 38 PageID
211
Case 5:19-cv-00528   Document 1   Filed 10/16/19   Page 6 of 9 PageID 6

40.    That defendant Shook accepted plaintiff's $220,000 by and through Hash Deploy, Inc. intending on keeping said purchase money for his own personal use without delivering the sold goods to plaintiff.

41.    That as a result of Shook's fraud, plaintiff paid to Defendants $220,000 in purchase money for the S17 Antminers.

42.    That defendant Shook, upon information and belief, transferred plaintiff's funds out of Hash Deploy Inc.'s Bitcoin or bank account, all for the personal benefit of Shook.

43.    That Shook individually used his corporate entity to commit fraud on the plaintiff with malice aforethought.

44.    That as a result of the fraud and theft committed by Shook, he is individually liable to plaintiff for $580,000 plus attorney's fees, plus punitive damages, and interest at the legal rate from and after May 11, 2019.

## COUNT 3 (Conversion)

45.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in the above paragraphs as if repeated and set forth at length in this cause of action.

46.    That plaintiff owns and is entitled to the exclusive possession and use of the 100 S17 Antminers it purchased from Hash Deploy, Inc.

47.    That defendant Shook used Hash Deploy, Inc. to convert the aforesaid S17 Antminers and the Bitcoin used to purchase the same.

Case 5:19-cv-00528-JSM-PRL    Document 39-1    Filed 05/25/21    Page 14 of 38 PageID
212
Case 5:19-cv-00528    Document 1    Filed 10/16/19    Page 7 of 9 PageID 7

48.    That the purchase price was paid in a specific number of bitcoins, sent to a specific numbered account, worth a specific amount of money.

49.    That defendant Shook has wrongfully retained the purchase funds and/or the S17 Antminers despite due demand from plaintiff for the return of said funds or fulfillment of the Contract.

50.    Defendant Shook committed the tort of conversion and as the owner and managing officer of Hash Deploy, Inc., he is individually liable to the plaintiff in the amount of $220,000, plus attorney's fees, punitive damages and interest.

## COUNT 4 (UCC §2-711)

51.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in the above paragraphs as if repeated and set forth at length in this cause of action.

52.    Pursuant to UCC § 2-711 when the seller fails to make delivery of goods, the purchaser is entitled to the return of the purchase price actually paid.

53.    Plaintiff is entitled to the return of the purchase price of $220,000 per UCC § 2-711.

## COUNT 5 (UCC §2-713)

54.    That plaintiff is also entitled to damages pursuant to UCC § 2-713 for the difference in the market price at the time of the Contract versus the current market price.

55.    Upon information and belief, 100 S17 Antminers now cost over $150,000 more than when plaintiff contracted for the purchase of the S17 Antminers herein.

56.    That pursuant to UCC § 2-713 plaintiff is entitled to damages in the amount equal to the difference in market value between the S17 Antminers at the time of the Contract and the current price to "cover" the purchase of new miners today.

## COUNT 6 (UCC §2-715)

57.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in the above paragraphs as if repeated and set forth at length in this cause of action.

58.    That pursuant to UCC § 2-715 plaintiff is entitled to incidental and consequential damages as a result of defendants' breach and failure to deliver the goods as contracted in an amount to be determined by the finder of fact.

## COUNT 7 (UCC §2-716)

59.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in the above paragraphs as if repeated and set forth at length in this cause of action.

60.    That pursuant to UCC § 2-716 plaintiff is entitled to specific performance of the Contract.

**WHEREFORE**, plaintiff demands judgment against the defendants jointly and severally as plead above in the amount of $580,000, plus interest, costs and attorney's fees and exemplary and/or punitive damages along with an Order granting plaintiff specific performance of the Contract, and such other legal and equitable relief as the

8

Case 5:19-cv-00528-JSM-PRL    Document 39-1    Filed 05/25/21    Page 16 of 38 PageID
214
Case 5:19-cv-00528    Document 1    Filed 10/16/19    Page 9 of 9 PageID 9

Court deems just and proper.

DATED: September 20 2019

                        E. STEWART JONES HACKER
                        MURPHY, LLP

By:

John F. Harwick, Esq.
Via Special Admission Per Local
Rule 2.02
*Attorneys for Plaintiff*
28 Second Street
Troy, New York  12180
Tel. No.: (518) 274-5820

9

Case 5:19-cv-00528-JSM-PRL     Document 39-1     Filed 05/25/21     Page 17 of 38 PageID
215
Case 5:19-cv-00528   Document 1-1   Filed 10/16/19   Page 1 of 4 PageID 10

EXHIBIT "A"

To whom it may concern,

This is a legally binding contract and all parties listed below agree to the terms stated in this contract. This contract was written and approved on 05/11/2019.

Parties in contract:

1. Hash Deploy Inc (Douglas Shook)
13075 NE 251st Terrace Salt Springs,
FL 32134 352-450-0094
Florida DL#: S200160672301

2.Michael Maranda
2 Flint Mine Road
Coxsackie NY 12051
waterguy9@aol.com
518-898-8445

The product: Antminer S17 Pro x100 (100 total units) Invoice Number: 83780

This contract will guarantee that Hash Deploy Inc (Douglas Shook) 13075 NE 251st Terrace Salt Springs, FL 32134 will have Antminer S17 Pro x100 delivered to Michael Maranda 2 Flint Mine Road Coxsackie NY 12051

A crypto transaction equivalent of $220000.00 USD will be sent no later than 05/11/2019 and confirmed to Hash Deploy Inc. and this transaction will finalized payment and that the Antminer S17 Pro x100 will be shipped to Michael Maranda 2 Flint Mine Road Coxsackie NY 12051

If Michael Maranda does not receive the Antminer S17 Pro x100 +/-15 days from 06/05/2019 then Michael Maranda is entitled to a full refund of the total amount of $220000.00 USD equivalent for the product. All manufacturers warranties will also apply to the product.

This is a legally binding contract, and all parties participating in this contract are aware that this can be upheld in a Court of law in the United States of America. Any fraudulent activity will be prosecuted to the fullest extend of United States Law

**Signature:** *Douglas Shook*
Douglas Shook (May 11, 2019)

**Email:** support@hashdeploy.com

**Signature:** *Michael Maranda (May 11, 2019)*

**Email:** waterguy9@aol.com

Hash Deploy Inc
13075 NE 251ˢᵗ Ter Salt Springs Fl. 32134
support@hashdeploy.com
352-450-0094

**Date:** May 11, 2019
**Invoice #** 83780

Bill to Michael Maranda

2 Flint Mine Road
Coxsackie NY 12051
waterguy9@aol.com
518-898-8445

| Product ID | Description | Qty | Unit Price | Line Total |
|---|---|---|---|---|
| ANTS17 | Antminer S17 Pro-50th x100 | 100.00 | 2,200.00 | 220,000.00 |
| Shipping | Shipping June 1st-10th | 0.00 | 0.00 | 0.00 |
| | | | | |
| | | | Subtotal | 220,000.00 |
| | | | Discount % | 0% |
| | | | **TOTAL** | 220,000.00 |
| | | | PAID | 0.00 |
| | | | **TOTAL DUE** | **220,000.00** |

### THANK YOU FOR YOUR BUSINESS!

Crypto Payment https://commerce.coinbase.com/checkout/9acfbdbc-2bcc-4f9f-bda2-3166258e465c

CONFIDENTIALITY NOTICE: The contents of this invoice and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. Any fraudulent activity will be prosecuted to the fullest extent of the law.

**Signature:** *Douglas Shook*
Douglas Shook (May 11, 2019)

**Email:** support@hashdeploy.com

**Signature:** _____
Michael Maranda (May 11, 2019)

**Email:** waterguy9@aol.com

# Antminer S17 Pro x100 Purchase Agreement

**Final Audit Report**                                                    2019-05-11

| | |
|---|---|
| Created: | 2019-05-11 |
| By: | Douglas Shook (support@hashdeploy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdHzGTLgx5_bgx4bx-Y_laJP37m0B2CwC |

## "Antminer S17 Pro x100 Purchase Agreement" History

Document created by Douglas Shook (support@hashdeploy.com)
2019-05-11 - 8:55:30 AM GMT- IP address: 142.197.56.24

Document e-signed by Douglas Shook (support@hashdeploy.com)
Signature Date: 2019-05-11 - 8:56:52 AM GMT - Time Source: server- IP address: 142.197.56.24

Document emailed to Michael Maranda (waterguy9@aol.com) for signature
2019-05-11 - 8:56:52 AM GMT

Document viewed by Michael Maranda (waterguy9@aol.com)
2019-05-11 - 11:18:40 AM GMT- IP address: 24.105.194.226

Document e-signed by Michael Maranda (waterguy9@aol.com)
Signature Date: 2019-05-11 - 8:50:46 PM GMT - Time Source: server- IP address: 174.220.25.121

Signed document emailed to Michael Maranda (waterguy9@aol.com) and Douglas Shook
(support@hashdeploy.com)
2019-05-11 - 8:50:46 PM GMT

Adobe Sign

# EXHIBIT "B"
# AFFIDAVIT OF MICHAEL MARANDA

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 5:19-CV-528-OC-30PRL

Plaintiff:
**MICHAEL MARANDA**

vs.

Defendant:
**HASH DEPLOY, INC. AND DOUGLAS SHOOK**

For:
E. Stewart Jones Hacker Murphy, LLP

Received by A PLUS PROCESS SERVICE, INC. on the 23rd day of October, 2019 at 12:00 pm to be served on **HASH DEPLOY, INC C/O: DOUGLAS SHOOK, REGISTERED AGENT, 13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134.**

I, Kenneth W. Kelley, Sr., #091312-14, being duly sworn, depose and say that on the **30th day of October, 2019 at 6:18 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **DOUGLAS SHOOK as REGISTERED AGENT** for **HASH DEPLOY, INC**, at the address of: **13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Dark Brown, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE.  UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Subscribed and sworn to before me on \_\_\_4\_\_\_ day
of \_\_\_NOV_____., 2019, by the affiant who is
personally known to me.

Notary Public

ODALYS G. EIRE
Notary Public-State of Florida
Commission # GG 344399
My Commission Expires
October 06, 2023

Kenneth W. Kelley, Sr., #091312-14
Certified Process Server

**A PLUS PROCESS SERVICE, INC.**
PO BOX 582
GUILDERLAND, NY 12084
(518) 470-6552

Our Job Serial Number: ODY-2019006543

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e



## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 5:19-CV-528-OC-30PRL

Plaintiff:
**MICHAEL MARANDA**

vs.

Defendant:
**HASH DEPLOY, INC. AND DOUGLAS SHOOK**

For:
E. Stewart Jones Hacker Murphy, LLP

Received by A PLUS PROCESS SERVICE, INC. on the 23rd day of October, 2019 at 12:00 pm to be served on **DOUGLAS SHOOK, 13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134.**

I, Kenneth W. Kelley, Sr., #091312-14, being duly sworn, depose and say that on the **30th day of October, 2019 at 6:18 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **DOUGLAS SHOOK** at the address of: **13075 N.E. 251ST TERRACE, SALT SPRINGS, FL 32134,** and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Dark Brown, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE.  UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Subscribed and sworn to before me on ___4___ day
of ____Nov.____, 2019, by the affiant who is
personally known to me.

Notary Public

ODALYS G. EIRE
Notary Public-State of Florida
Commission # GG 344398
My Commission Expires
October 08, 2023

Kenneth W. Kelley, Sr., #091312-14
Certified Process Server

**A PLUS PROCESS SERVICE, INC.**
PO BOX 582
GUILDERLAND, NY 12084
(518) 470-6552

Our Job Serial Number: ODY-2019008542

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1o

# EXHIBIT "C"
# AFFIDAVIT OF MICHAEL MARANDA

1  Hash Deploy Inc
   Douglas  Shook & Douglas  Shook
2  13075 NE 251st Terrace
   Salt Springs, FL 32134
3  (352) 450-0094

4

5                                              RECEIVED

6  In the District Court of Florida in        NOV 2 5 2019
   the county of Marion                        Stewart Jones Hacker Murphy LLP

7

8  Michael Maranda           )Case No.: 5:19-cv-528-Oc-30PRL
                             )ANSWER, AFFIRMATIVE DEFENSES
9          Plaintiff         )
                             )
10      vs.                  )
                             )
11  Hash Deploy Inc          )
                             )
12        Defendant(s)       )
   _____  )
13

14

15

16                    I. ANSWER

17  Defendant(s) answer the complaint as follows:

18  1.    Admit the statements contained in paragraph numbers 5,
          6, 7, 8,
19
    2.    Deny the statements contained in paragraph numbers 1,
20        9, 10, 11, 12, 13, 14, 37, 38, 39, 40, 42, 43, 47,

21  3.    Lack knowledge about the truth and therefore deny the
          statements contained in paragraphs numbers 2, 3, 4, 15, 16,
22        17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,
          32, 33, 34, 35, 36, 41, 44, 45, 46, 48, 49, 50, 51, 52, 53,
23        54, 55, 56, 57, 58, 59, 60,

24

25

26

27

28
                    [Affirmative Defense] - 1

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:
Unjust Enrichment
Breach by Plaintiff
Contract Void as Against Public Policy




Dated this November 3, 2019


Hash Deploy Inc


Douglas  Shook & Douglas
18008 NE 251st Terrace
Salt Springs, FL 32134
(352) 450-0094


[Affirmative Defense] - 2

SummonsResponse.com

1  Hash Deploy Inc
   Douglas  Shook & Douglas  Shook
2  13075 NE 251st Terrace
   Salt Springs, FL 32134
3  (352) 450-0094

4

5

   In the District Court of Florida in the
6  county of Marion

7

8

9  Michael Maranda                )Case No.: 5:19-cv-528-Oc-30PRL
                                  )
10         Plaintiff              )CERTIFICATE OF SERVICE
                                  )
11      vs.                       )
                                  )
12 Hash Deploy Inc                )
                                  )
13         Defendant(s)           )
   _____       )

14

15                      CERTIFICATE OF SERVICE

16 I certify under penalty of perjury under the laws of the
   State of Florida that, on the date stated below, I did the
17 following:

18 On the day of November 19, 2019, I mailed by Certified Mail,
   Return Receipt, postage pre-paid, a true copy of the Notice
19 of Appearance and the Answer, Affirmative Defenses to
   Michael Maranda at the offices of E. Stewart Jones Hacker
20 Murphy, LLP at the following address:  28 Second Street,
   Troy, NY 12180
21

22                              Dated this November 3, 2019,
                                in the city of Salt Springs,
23                              FL

24

25                              _____
                                Hash Deploy Inc
26                              Douglas  Shook & Douglas
                                Shook
27

28
                        [Certificate of Service] - 1

# EXHIBIT "D"
# AFFIDAVIT OF MICHAEL MARANDA

Case 5:19-cv-00528-JSM-PRL   Document 39-1   Filed 05/25/21   Page 29 of 38 PageID
227
Case 5:19-cv-00528-JSM-PRL   Document 17   Filed 02/03/20   Page 1 of 1 PageID 48

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

MICHAEL MARANDA,

     Plaintiff,

v.                                     Case No: 5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

     Defendants.

_____

## ORDER

     Defendant corporation, Hash Deploy Inc., filed an Answer without benefit of counsel on November 19, 2019.  (Dkt. 12).  On January 8, 2020, the Court issued an Order to Show Cause directing Defendant corporation to retain counsel within twenty (20) days and noting that failure to timely do so will result in Defendant's Answer being stricken without further notice.  (Dkt. 16).  A review of the file reveals that a Notice of Appearance for Defendant corporation, Hash Deploy, Inc. has not been filed.

     Accordingly, it is ORDERED AND ADJUDGED that:

1.    The Answer (Dkt. 12) is STRICKEN as to Defendant Hash Deploy Inc.

2.    Plaintiff shall promptly apply to the Clerk for entry of default as to Defendant Hash Deploy Inc. pursuant to Federal Rule of Civil Procedure 55(a).  Failure to do so may result in the dismissal of Defendant Hash Deploy Inc. without further notice.

     **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of February, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

# EXHIBIT "E"
# AFFIDAVIT OF MICHAEL MARANDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**MICHAEL MARANDA,**

      **Plaintiff,**

**v.**                                                **Case No: 5:19-cv-528-Oc-30PRL**

**HASH DEPLOY INC and DOUGLAS SHOOK**

      **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **HASH DEPLOY INC** in Ocala, Florida on the 27th day of February, 2020.

ELIZABETH M. WARREN, CLERK

s/L. Kirkland, Deputy Clerk

Copies furnished to:

Counsel of Record

# EXHIBIT "F"
# AFFIDAVIT OF MICHAEL MARANDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL MARANDA,

Plaintiff,

v.                                    Case No.:  5:19-cv-528-Oc-30PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

Defendants.

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between counsel for plaintiff Michael Maranda and the pro se defendant Douglas Shook, in the above-entitled action, , that this action, and any and all claims arising therefrom, including, any and all counterclaims and crossclaims, be and hereby voluntarily partially dismissed against DOUGLAS SHOOK only without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, including attorney's fees, and disbursements, subject to the settlement. The above parties further stipulate that the plaintiff Michael Maranda may renew his motion for a default judgement against Hash Deploy, Inc., which will proceed without opposition.

IT IS FURTHER STIPULATED, CONSENTED AND AGREED that

facsimile signatures are to be deemed original signatures and this Stipulation may

be filed without further notice with the Clerk of the Court.

Dated:     April 13, 2021              **E. STEWART JONES HACKER**
           Troy, New York              **MURPHY LLP**

                        By:

                                       JOHN E. HARWICK, ESQ.
                                       *Attorney for Plaintiff*
                                       28 Second Street
                                       Troy, New York  12180
                                       Tel. No.: (518) 213-0113
                                       jharwick@joneshacker.com

Dated:     April / 3 , 2021

                                       DOUGLAS SHOOK, *Pro Se*
                                       *Defendant*
                                       13075 NE 251ˢᵗ Terrace
                                       Salt Springs, FL 32134
                                       · Tel. No.: (352) 450-0094
                                       doug@hashdeploy.com

# EXHIBIT "G"
# AFFIDAVIT OF MICHAEL MARANDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MICHAEL MARANDA,

      Plaintiff,

v.                                     Case No: 5:19-cv-528-JSM-PRL

HASH DEPLOY INC and DOUGLAS
SHOOK,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Partial Dismissal as to Defendant Douglas

Shook (Dkt. 35).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice as to Defendant Douglas Shook,

each party to bear their own costs and fees.

2.      The Clerk is directed to terminate Defendant Douglas Shook from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

# EXHIBIT "H"
# AFFIDAVIT OF MICHAEL MARANDA

**From:** Coinbase Commerce <commerce@coinbase.com>
**Date:** May 11, 2019 at 8:23:54 PM EDT
**To:** Michael Maranda <waterguy9@aol.com>
**Subject: Order E2D5FDJE: Antminer S17 Pro-50th/s x100 payment completed**
**Reply-To:** no-reply@coinbase.com

Your payment of $220,000.00 in BTC for Antminer S17 Pro-50th/s x100 has been completed.

| | |
|---|---|
| Order Number: | E2D5FDJE |
| Product: | Antminer S17 Pro-50th/s x100 |
| Amount Sent: | 30.17391835 BTC ($220,000.00) |
| Order Completed: | May 12, 2019, 00:23 (UTC) |
| Exchange Rate: | 7291.07 USD/BTC |

View payment receipt

Coinbase Commerce